USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DEGRAFFENREID,

Plaintiff,

-v-

ANTONINA BOGACHEVA, ET AL.,

Defendants.

**ORDER**

26-CV-4045 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The court is in receipt of plaintiff's letter motion, ECF No. 19 (the "Letter Motion"), requesting to adjourn the August 7, 2026 conference. The Letter Motion is **GRANTED.** The conference is adjourned to **August 26, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 103 660 821#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 19 as **GRANTED.**

**SO ORDERED.**

Dated: July 31, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge