USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DEGRAFFENREID,

Plaintiff,

-v-

ANTONINA BOGACHEVA, ET AL.,

Defendants.

**ORDER**

26-CV-4045 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The court is in receipt of Defendants' letter, ECF No. 21, stating that the parties have reached a settlement in principle. In light of this update, the conference previously scheduled for August 26, 2026 is adjourned *sine die*.

It is hereby **ORDERED** that this matter be discontinued with prejudice and without costs; provided, however, that within 60 days of the date of this order, counsel for the Plaintiff may apply by letter motion for restoration of the action if the settlement is not consummated.

Any application to reopen must be filed within 60 days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement

agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: August 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge